UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:11cv31-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| APPROXIMATELY $10,972.81 IN UNITED ) | **DEFAULT JUDGMENT OF** |
| STATES FUNDS SEIZED FROM SUNTRUST ) | **FORFEITURE** |
| BANK ACCOUNT XXXXXXXX7434, ) | |
| ) | |
| APPROXIMATELY $52,944.91 IN UNITED ) | |
| STATES FUNDS SEIZED FROM SUNTRUST ) | |
| ACCOUNT XXXXXXXX2091, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court on the government's Motion under Fed. R. Civ. P. 55(b)(2) for a Default Judgment of forfeiture against the Defendant Property.

THE COURT FINDS THAT:

1. A verified Complaint for Forfeiture in rem of the Defendant Property was filed on January 19, 2011. This Court found probable cause for forfeiture and issued a warrant for arrest in rem.

2. Process was fully issued in this action and returned according to law. Pursuant to an Order and Warrant for Arrest in Rem, the government duly seized the Defendant Property. Service of process was made by certified mail and by internet publication of notice via www.forfeiture.gov.

3. No person has filed a verified claim or an Answer within the time allowed by law, and the Clerk has accordingly entered Default.

4. Based on the affidavit of Special Agent R. Matthew Hayes of the United States Secret Service, filed with the Complaint, the government has shown that the Defendant Property constitutes or is derived from one or more violations of 18 U.S.C. § 1029(a)(1) and (a)(3) and that it is therefore subject to forfeiture under 18 U.S.C. §§ 982 and 1029.

BASED ON THE FORGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a Judgment of Forfeiture by Default against the Defendant Property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The government's Motion for Default Judgment of Forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States and no other right, title or interest shall exist therein: approximately $10,972.81 in United States funds seized from SunTrust Bank Account XXXXXXXX7434 and approximately $52,944.91 in United States funds seized from SunTrust Bank Account XXXXXXXX2091.

3. The United States is hereby directed to dispose of the forfeited Defendant Property as provided by law.

Signed: June 6, 2011

Max O. Cogburn Jr.
United States District Judge